**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JAMES E. URMIN** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:06-CV-0056** |
| | § | |
| **CADBURY SCHWEPPES, PLC,** | § | **JURY** |
| **DR PEPPER/SEVEN UP, INC., and** | § | |
| **CADBURY SCHWEPPES** | § | |
| **AMERICAS BEVERAGES, INC.** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**<u>AGREED ORDER</u>**

The parties have filed a joint motion to unseal and seal certain documents pursuant to the

Amended Protective Order in this case and request that certain pleadings be unsealed and certain

pleadings be sealed pursuant thereto. The Court, having reviewed the parties' request, finds that

it should be GRANTED. It is therefore

ORDERED that the following portions of the record should be unsealed as this litigation

has come to a full and final conclusion:

| Docket No. | Title |
|---|---|
| Dkt. No. 60 | Sealed Motion for Withdrawal of Attorney John Greer by James E. Urmin. |
| Dkt. No. 64 | Sealed Plaintiffs Notice of Designation of Expert Witness. |
| Dkt. No. 67 | Sealed Amended Motion by Cadbury Schweppes, PLC. |
| Dkt. No. 69 | Sealed Transcript of September 11, 2006 Hearing. |
| Dkt. No. 70 | Sealed Notice of Expert Witness Disclosure. |
| Dkt. No. 71 | Sealed Plaintiff's Motion for Continuance of Deadlines by James E. Urmin. |
| Dkt. No. 72 | Sealed Unopposed Motion for Withdrawal of Attorney John B. Greer, III, by James E. Urmin. |
| Dkt. No. 74 | Sealed Response to Motion Regarding Motion to Dismiss for Lack of Jurisdiction, and Amended Motion to Dismiss for Lack of Jurisdiction by James E. Urmin. |

**<u>AGREED ORDER</u>** – Page 1

| Dkt. No. 78 | Sealed Reply to Response to Motion Regarding Sealed Motion filed by Cadbury Schweppes, PLC. |
|---|---|
| Dkt. No. 79 | Plaintiff's Sealed Reply to Defendant's Response to Plaintiff's Motion for Continuance of Deadlines by James E. Urmin. |
| Dkt. No. 81 | Sealed Motion by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 82 | Sealed Motion by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 87 | Sealed Motion by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 88 | Sealed Document. |
| Dkt. No. 89 | Sealed Notice by James E. Urmin of Jointly Proposed First Amended Scheduling Order. |
| Dkt. No. 90 | Sealed Notice by James E. Urmin of Proposed Amended Scheduling Order. |
| Dkt. No. 95 | Sealed Reply to Response to Motion Regarding Sealed Motion filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 96 | Sealed Reply to Response to Motion Regarding Sealed Plaintiff's Sur-Reply Brief in Support of Plaintiff's Motion to Compel Discovery. |
| Dkt. No. 97 | Sealed Sur-Reply to Reply to Motion Regarding Sealed Plaintiff's Sur-Reply Brief in Opposition of Defendants' Motion to Compel Discovery filed by James E. Urmin. |
| Dkt. No. 101 | Minute Entry for proceedings held before Judge Caroline Craven on 04/17/2007. |
| Dkt. No. 104 | Sealed Plaintiff's Motion for Reconsideration of Magistrate's Ruling on Motion to Compel Discovery by James E. Urmin. |
| Dkt. No. 106 | Sealed Response to Motion Regarding Sealed Plaintiff's Motion for Reconsideration of Magistrate's Ruling on Motion to Compel Discovery filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 108 | Sealed Response to Defendants' Motion for Reconsideration of the Magistrate Judge's April 25, 2007 Discovery Order. |
| Dkt. No. 110 | Sealed Reply to Response to Motion Regarding Sealed Motion for Consideration filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 112 | Plaintiff's Response to Defendant's Motion to Quash and Protective Order. |
| Dkt. No. 113 | Defendant's Reply to Plaintiff's Response to Motion Regarding Plaintiff's Motion for Reconsideration of Magistrate's Ruling on Motion to Compel Discovery by James E. Urmin. |
| Dkt. No. 114 | Defendant's Motion in Support of Motion to Quash. |
| Dkt. No. 115 | Sealed Reply in Support of Sealed Motion to Quash by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 117 | Plaintiff's Sealed Sur-Reply to Defendants' Motion to Quash Regarding |

**AGREED ORDER** – Page 2

| | Sealed Motion filed by James E. Urmin. |
|---|---|
| Dkt. No. 118 | Sealed Reply to Response to Motion Regarding Sealed Motion filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 122 | Plaintiff's Sealed Sur-Reply to Defendants' Motion to Strike Deposition Corrections and Errata Sheet filed by James E. Urmin. |
| Dkt. No. 123 | Sealed Plaintiffs Unopposed Motion to Extend Certain Deadlines by James E. Urmin. |
| Dkt. No. 125 | Sealed Motion by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 129 | Sealed Motion by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc |
| Dkt. No. 130 | Sealed Motion by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 137 | Sealed Response to Motion Regarding Sealed Motion filed by James E. Urmin. |
| Dkt. No. 140 | Sealed Notice Regarding Selection of Mediator. |
| Dkt. No. 141 | Sealed Document. |
| Dkt. No. 148 | Sealed Motion for Leave Regarding Sealed Motion for Protective Order/Quash filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 150 | Sealed Plaintiff's Motion for Partial Reconsideration of Magistrate's Ruling on Prior Ruling of Judge Folsom filed by James E. Urmin. |
| Dkt. No. 156 | Sealed Plaintiffs Unopposed Motion to File Substitute Pleading to Correct Typographical Errors by James E. Urmin. |
| Dkt. No. 164 | Sealed Plaintiff's Motion to Exclude Expert Testimony of Gerald Whitney Smith and Brief in Support by James E. Urmin. |
| Dkt. No. 173 | Sealed Response to Motion Regarding Sealed Motion filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 177 | Sealed Plaintiff's Motion/or Extension a/Time to File Replies to Docket Nos. 174, 175, and 176 by James E. Urmin. |
| Dkt. No. 178 | Sealed Plaintiff's Motion/or Extension a/Time to File Replies to Docket Nos. 174, 175, and 176 by James E. Urmin. |
| Dkt. No. 179 | Sealed Notice of Substitution of Corrected Exhibit D to Dkt. No. 176. |
| Dkt. No. 180 | Sealed Motion for Protection by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 181 | Sealed Motion Unopposed/or Leave to File Substitute Pleading to Correct Clerical Errors by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 182 | Sealed Response to Motion Regarding Sealed Plaintiff's Motion/or Extension a/Time to File Replies to Docket Nos. 174. 175. and 176 filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 183 | Sealed Reply to Response to Motion Regarding Sealed Motion for Leave filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., |

**AGREED ORDER** – Page 3

| | Cadbury Schweppes Americas Beverages, Inc. |
|---|---|
| Dkt. No. 188 | Sealed Plaintiffs Reply to Defendants' Response to Motion to Extend 30(b)(6) Deadline and Response to Defendants' Motion for Protection. |
| Dkt. No. 189 | Sealed Reply to Response to Motion Regarding Sealed Motion to Dismiss for Lack of Personal Jurisdiction filed by Cadbury Schweppes, PLC. |
| Dkt. No. 195 | Sealed Motion to Extend Response Date to Plaintiff's Motion to Exclude by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 197 | Sealed Amended Certificate of Conference to Defendants' Unopposed Motion to Extend Response Date to Plaintiff's Motion to Exclude Sealed Motion to Extend Response Date to Plaintiff's Motion to Exclude by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 200 | Sealed Response to Motion Regarding Sealed Plaintiff's Motion for Reconsideration of Magistrate's Ruling filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 203 | Sealed Motion for Continuance of Trial Date, Pretrial Deadlines and Extension of Discovery Deadline by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 205 | Joint Sealed Motion to Continue Pre-Trial Deadlines by James E. Urmin. |
| Dkt. No. 207 | Sealed Reply to Response to Motion Regarding Plaintiffs Reply Brief in Support of Motion for Reconsideration of Magistrate's Ruling Docket No.155 filed by James E. Urmin. |
| Dkt. No. 208 | Sealed Sur-Reply to Response to Motion Regarding Sealed Plaintiff's Motion for Reconsideration of Magistrate's Ruling, Docket No.155 filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 209 | Sealed Notice of Substitution of Lead Counsel. |
| Dkt. No. 211 | Order Setting Hearing on Sealed Plaintiff's Motion for Partial Reconsideration of Magistrate's Ruling on Prior Ruling of Judge Folsom and Motion Setting Hearing for December 17, 2007 before Judge David Folsom. |
| Dkt. No. 212 | Sealed Plaintiff's Unopposed Motion for Leave to File Supplemental Brief by James E. Urmin. |
| Dkt. No. 214 | Sealed Plaintiffs Supplemental Brief Regarding Defendant's Motion to Dismiss. |
| Dkt. No. 215 | Sealed Notice of Compliance. |
| Dkt. No. 216 | Sealed Agreed Motion for Leave to Respond to Plaintiff's Supplemental Brief Regarding Newly-Acquired Evidence by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 218 | Sealed Notice of Service of Discovery. |
| Dkt. No. 219 | Sealed Response by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, |

| | Inc., Cadbury Schweppes Americas Beverages, Inc. to Plaintiffs Supplemental Brief Regarding Defendant's Motion to Dismiss. |
|---|---|
| Dkt. No. 220 | Sealed Notice of Appearance. |
| Dkt. No. 222 | Sealed Agreed Motion to Extend Time to Respond to Plaintiff's Motion to Exclude Expert Witness by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 227 | Sealed Second Agreed Motion to Extend Time to Respond to Plaintiff's Motion to Exclude Expert Witness by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 232 | Sealed Plaintiff's Unopposed Motion for Two Day Extension to File Reply Brief by James E. Urmin. |
| Dkt. No. 237 | Sealed Reply to Response to Motion Regarding Sealed Plaintiff's Motion to Exclude Expert Testimony of Gerald Whitney Smith and Brief in Support filed by James E. Urmin. |
| Dkt. No. 238 | Sealed Sur-Reply to Response to Motion Regarding Sealed Plaintiff's Motion to Exclude Expert Testimony of Gerald Whitney Smith and Brief in Support filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 240 | Minute Entry for proceedings held before Judge David Folsom: Motion Hearing held on April 14, 2008 Regarding Sealed Defendants' Motion to Set Briefing Schedule and Enter New Docket Control Order filed by Cadbury Schweppes Americas Beverages, Inc., Dr Pepper/Seven Up, Inc., Cadbury Schweppes, PLC. |
| Dkt. No. 245 | Joint Sealed Motion to Amend The Scheduling Order by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 246 | Sealed Notice of Attorney Appearance for Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc. and Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 252 | Sealed Plaintiffs Motion for Temporary Restraining Order and Preliminary Injunction and Brief and Exhibits in Support by James E. Urmin. |
| Dkt. No. 253 | Sealed Plaintiff's Motion for Leave to File Amended Complaint and Jury Demand by James E. Urmin. |
| Dkt. No. 254 | Sealed Additional Attachments to Dkt. No. 252 to Main Document: 252 Sealed Plaintiffs Motion for Temporary Restraining Order and Preliminary Injunction and Brief and Exhibits in Support by James E. Urmin. |
| Dkt. No. 255 | Sealed Unopposed Motion by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 257 | Sealed Response to Motion Regarding Sealed Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Brief and Exhibits in Support filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 258 | Sealed Unopposed Motion to Exceed Page Limit by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes |

**AGREED ORDER** – Page 5

| | Americas Beverages, Inc. |
|---|---|
| Dkt. No. 259 | Sealed Unopposed Motion for Leave to File Audio Files by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 260 | Sealed Response to Motion Regarding Sealed Plaintiff's Motion for Leave to File Amended Complaint and Jury Demand filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 263 | Unopposed Sealed Motion to Extend Certain Deadlines by James E. Urmin. |
| Dkt. No. 269 | Sealed Table of Contents for Plaintiff's Appendix Materials Filed in Response to Defendants' Motion for Summary Judgment Regarding Damages. |
| Dkt. No. 270 | Sealed Plaintiff's Notice of Non-Electronic Filing and Service of Voluminous Summary Judgment Response Appendix Materials. |
| Dkt. No. 272 | Sealed Notice of Service of Expert Reports. |
| Dkt. No. 273 | Sealed Reply to Response to Motion Regarding Sealed Plaintiffs Motion for Temporary Restraining Order and Preliminary Injunction and Brief and Exhibits in Support filed by James E. Urmin. |
| Dkt. No. 274 | Unopposed Sealed Motion to Exceed Reply Brief Page Limit by James E. Urmin. |
| Dkt. No. 275 | Sealed Plaintiff's Notice of Service of Expert Report. |
| Dkt. No. 276 | Sealed Reply to Response to Motion Regarding Sealed Plaintiffs Motion for Leave to File Amended Complaint and Jury Demand filed by James E. Urmin. |
| Dkt. No. 281 | Joint Sealed Motion to Amend the Scheduling Order by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 285 | Sealed Defendants' Sur-Reply in Opposition to Sealed Motion Plaintiffs Motion for Leave to File Amended Complaint and Jury Demand filed by Cadbury. Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc |
| Dkt. No. 286 | Sealed Defendants' Sur-Reply in Opposition to Sealed Plaintiffs Motion for Temporary Restraining Order and Preliminary Injunction and Brief and Exhibits in Support filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 288 | Sealed Reply to Response to Motion Regarding Sealed Defendants' Reply in Support of Defendants' Motion for Summary Judgment on Damages filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 290 | Sealed Second Amended Scheduling Order. |
| Dkt. No. 291 | Sealed Plaintiff's Motion in Limine by James E. Urmin. |
| Dkt. No. 292 | Sealed Motion in Limine Regarding Lisa Kidd's Handwritten Notes by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 294 | Sealed Motion in Limine Regarding Documented Reference Check by |

**AGREED ORDER** – Page 6

| | Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
|---|---|
| Dkt. No. 296 | Sealed Defendants' Motion to Exceed Page Limit by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 297 | Sealed Joint Motion to Amend the Scheduling Order by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 300 | Sealed Amended Docket Control Order. |
| Dkt. No. 301 | Agreed Sealed Motion to Extend the Deadline to File Joint Pre-Trial Order by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 304 | Sealed Plaintiff's Proposed Jury Instructions. |
| Dkt. No. 305 | Sealed Defendants Proposed Jury Instructions. |
| Dkt. No. 307 | Sealed Plaintiff's Pretrial Objections to Defendants' Exhibits. |
| Dkt. No. 308 | Sealed Response to Motion Regarding Sealed Plaintiff's Motion in Limine Defendants' Response to Plaintiff's Motion in Limine filed by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 309 | Sealed Response to Motion Regarding Sealed Defendants' Motion to Exceed Page Limit filed by James E. Urmin. |
| Dkt. No. 312 | Unopposed Sealed Motion to Close the Courtroom by Cadbury Schweppes, PLC, Dr Pepper/Seven Up, Inc., Cadbury Schweppes Americas Beverages, Inc. |
| Dkt. No. 313 | Sealed Plaintiff's Motion for Bifurcation of Trial by James E. Urmin. |

It is further ORDERED that the following portions of the record listed below should be sealed as the parties have represented that they contain trade secrets and/or proprietary confidential information of a party which the parties have agreed and/or have a duty to keep confidential, and/or the information contained therein has been previously ordered to be sealed by another federal court:

| Docket No. | Title |
|---|---|
| Dkt. No. 319 | Plaintiff's Second Amended Complaint. Ex. 1, A-F only |
| Dkt. No. 329 | December 4, 2008 Summary Judgment Hearing Transcript. |
| Dkt. No. 355 | Amended Joint Proposed PreTrial Order. Ex G & I only |
| Dkt. No. 359 | Defendants' Amended Motion in Limine Regarding Juliette Blake-McIntosh. |
| Dkt. No. 360 | Defendants' Motion In Limine. |
| Dkt. No. 364 | Plaintiff's Response to Defendants' Motion in Limine on Juliette Blake-McIntosh. |
| Dkt. No. 373 | February 2, 2009 Hearing Transcript. |

**AGREED ORDER** – Page 7

Case 5:06-cv-00056-DF-CMC Document 376-2 Filed 06/04/2009 Page 8 of 8
Case 5:06-cv-00056-DF-CMC Document 377 Filed 06/08/09 Page 8 of 8 PageID #:
8498

It is further ORDERED that the Clerk of the Court shall unseal those pleadings specified above and seal those pleadings specified above in accordance with this Agreed Order.

IT IS SO ORDERED.

**SIGNED this 8th day of June, 2009.**

_____

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE